1  SEYFARTH SHAW LLP
   David M. Wiseblood (SBN 115312)
2  dwiseblood@seyfarth.com
   Robin M. Cleary (SBN 192489)
3  rcleary@seyfarth.com
   Patty H. Lee (SBN 245192)
4  plee@seyfarth.com
   560 Mission Street, Suite 3100
5  San Francisco, California 94105
   Telephone: (415) 397-2823
6  Facsimile: (415) 397-8549

7  Attorneys for Plaintiffs
   ASHBURTON FINANCE PTY. LTD.; DYLIDE PTY LTD.;
8  and NPP PROJECTS II, LLC

9  Ira G. Rivin (SBN: 62530)
   irivin@rutan.com
10 Martina A. Slocomb (SBN: 252157)
   mslocomb@rutan.com
11 RUTAN & TUCKER, LLP
   611 Anton Boulevard, 14th Floor
12 Costa Mesa, California 92626-1931
   Telephone: (714) 641-5100
13 Facsimile: (714) 546-9035

14 Attorneys for Defendant
   NEXBANK SSB
15

16                    UNITED STATES DISTRICT COURT

17                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHBURTON FINANCE PTY. LTD., an Australian proprietary company, limited by shares; DYLIDE PTY LTD., an Australian proprietary company, limited by shares; and NPP PROJECTS II, LLC., a Delaware limited liability company;<br><br>           Plaintiffs,<br><br>      v.<br><br>NEXBANK SSB, a Texas state savings bank, and DOES 1 through 25, inclusive,<br><br>           Defendants. | Case No. 2:09-cv-02637 FCD (EFB)<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND ORDER** |

   IT IS HEREBY STIPULATED by and between Plaintiffs Ashburton Finance Pty. Ltd., Dylide Pty Ltd., and NPP Projects II, LLC ("Plaintiffs") and Defendant Nexbank SSB

("Defendant"), through their respective counsel of record, that Plaintiffs' complaint and all causes of action therein are dismissed without prejudice, each party to bear its own attorneys' fees and costs of suit.  Plaintiffs and Defendant have agreed to a mutually acceptable resolution of all issues in this case and have agreed to entry of this Stipulated Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

DATED: October 14, 2009                    SEYFARTH SHAW LLP


                                           By:      /s/
                                               Robin M. Cleary
                                           Attorneys for Plaintiffs
                                           ASHBURTON FINANCE PTY. LTD.;
                                           DYLIDE PTY LTD.; and NPP PROJECTS
                                           II, LLC


DATED: October 14, 2009                    RUTAN & TUCKER, LLP


                                           By:      /s/
                                               MARTINA A. SLOCOMB
                                           Attorneys for Defendant
                                           NEXBANK SSB


**ORDER OF DISMISSAL**

Upon stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the above-entitled action be dismissed without prejudice in its entirety, each party to bear their own attorney's fees and costs.

DATED: __October 15, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

SF1 28372110.1 / 67126-000003